UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVIS, et al.,<br><br>        Defendants. | Case No. 16-cv-00698-JST (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Good cause appearing, plaintiff's motion for an extension of time to file an In Forma Pauperis ("IFP") Application is GRANTED. Plaintiff must file a complete IFP Application **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, plaintiff may file the $400.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or by paying the filing fee will result in the dismissal of this action without further notice to plaintiff.**

This order terminates Docket No. 3.

IT IS SO ORDERED.

Dated: March 17, 2016

                                                          JON S. TIGAR<br>                                                  United States District Judge